**A. W. Taylor, Plaintiff-Counterdefendant, v. Edward Monroe, Defendant-Counterplaintiff.**

Gen. No. 64–129–M. 

Second District.

July 9, 1965.

Reese and Schulueter, of Rockford, for appellant. No briefs or appearance filed on behalf of appellee. Opinion by JUSTICE MORAN. Not to be published in full.